

UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT

OF LOUISIANA

BY DEPUTY CLERK

Mycheal Calloway #96740

Enter above the full name of the plaintiff or plaintiffs in this action

VERSUS

Burl Cain

James M. LeBlanc

Cathy Fontenot

H. Hooker

Enter above the full name of the defendant or defendants in this action.

COMPLAINT

I.    PREVIOUS LAWSUITS:

   a.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                             Yes    (  )    No    (X)

   b.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.    Parties to this previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

1.

2. Court (if federal court, name the district; if state court name the parish):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?):

6. Approximate date of filing lawsuit:

7. Approximate date of disposition:

II. PLACE OF PRESENT CONFINEMENT: _La State Penitentiary Angola, La 70712, Camp J Gator 4-R-2_

a. Is there a prisoner grievance procedure in this institution?

Yes (X)     No ( )

b. Did you present the facts relating to your complaint in the prisoner grievance procedure?

Yes (X)     No ( )

c. If your answer is YES:

1. What steps did you take? _FILE AN "ARP"_ _FILNg_

2. What was the result? _Denied At One level And Also Denied At NEXT SEE EXHIBIT'S A-Through D (ARP-LSP-2008-2039)_

d. If your answer is NO, explain why not?

2.

III.    PARTIES

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a.    Name of plaintiffs: _N. Burl Cain_

Address: _Louisiana State Penitentiary Angola, La. 70712_

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

b.    Defendant _N. Burl Cain_ Is employed as

_Warden_ at _Louisiana State Penitentiary_

_Angola, La. 70712_

c.    Additional Defendants: _James M. LeBlanc    is employed as    Secretary_
_of Doc Baron Rouge La.    Cathy Fontenot, is employed as_
_A.W. III/4th Warden over Legal Program, LA, State Prison Angola La. 70712_
_H. Hooker    is    employed as    Major    at LA. State Prison, angola_
_La. 70712_

IV.    STATEMENT OF CLAIM:

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also names of other persons involved, dates and places. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.

SEE ATTACHED DOCUMENTS

EXHIBIT-A- Denial & EXHIBIT-B- ADministrative Remedy & EXHIBITS-C - Disciplinary Report, Showing what I was loch up for. and what date I was loch up on, & Denial last Step EXhibit -D

V.  RELIEF:

State briefly exactly what you want the court to do for you. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

SEE ATTACHE DOCUMENTS & EXHIBITS A - D.

Signed this __20th__ day of __OCT__ , __2008__

_michael Calloway # 96710_
(Signature of Plaintiff or Plaintiffs)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

10/21/2008 Executed on:

_signature_ 85165

Signature of Movant

**Ex-Officio Notary**
**Dept. of Public Safety & Corrections/LSP**

Signature of Attorney (if Any)

4.

A COMPLAINT UNDER THE CIVIL RIGHT ACT
42 U.S.C § 1983


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


MYcheaL CALLoway-Plaintiff                    NUMBER: _____

VERSUS

N. BurL CAIN, JAMES M. LeBLANC,
CATHY FoNTENoT, H. HooKER - DEFENDANTS


JURISDICTION AND VENUE

This Court has Jurisdiction Over Plaintiff's federal and state Claims Pursuant to 28 U.S.C § 1343(A)(3), and 28 U.S.C. § 1331. Plaintiff also invokes this Court's Pendent Jurisdiction with a Jury demand.

1. Plaintiff mycheal Calloway is Currently an inmate at the La. State Prison, in angola, La.

2. Defendant N. BurL Cain, is the warden Over L.S.P. and is responsible for the opperation of the Prison and the officer(s) training. He is being Sued in his individual and Official Capacity.

3. Defendant James M. LeBlanc, is the secretary (overseer) of DOC, LSP, is being sued in his individual and official capacity.

4. Defendant Cathy Fontenot is AW III over Legal Program, is being sued in her individual and official capacity.

5. Defendant H. Hooker, is Major over main prison Cell-Blocks, is being sued in his individual and official capacity.

## FACTUAL ALLEGATIONS

ON 3-23-08, Plaintiff was placed in administrative Segregation for a rule violation.

From the 3-23-08, to the 5-30-08, Plaintiff, stayed in administrative Segregation awaiting to go to camp-J, for (69) days, Plaintiff was entitled to out-of-cell-exercise.

Plaintiff ARP, were not based on time limit he spent in Administrative Segregation, it was based on the Policy's, No: B-05-001, Directive No: 10.001, & Policy 347.3.

1. UNDER POLICY NO: B-05-001, DIRECTIVE NO: 10.001, STATES AS FOLLOW;

An inmate cannot be confined more than (10) ten consecutive days with a (24) hour break, or no more than (20) days in a (30) day period. After (10) ten consecutive days the inmate must be release for a period of time not less than (24) hours.

2. UNDER POLICY 347.3, STATES AS FOLLOW;

347.3 § Time spent in administrative Segregation "MUST" be credited against disciplinary detention/Isolation or extra duty Sentences even when the Sentence is Suspendend.

2

347.3, Does Not give Credited against REQuest for Protection.

Plaintiff were deprived of his rights and a basic Human need for 69 days.

Plaintiff were deprived of his rights when he was not give time out the cell for exercise or sun-light.

Plaintiff were deprived of his rights when he was not given credited for the (69) days spent in Administrative Segregation, when defendant's did not follow there own Policy's.

Due to this cruel and unusual Punishment Plaintiff has had to seek refuge with mential health officials to deal with the Psychological effect's brought on by this total disregard, Not only to LSP. Policy's but to Plaintiff's basic human rights.

## "CAUSE OF ACTION"

Defendant's deprived Plaintiff of his established Rights under the Eighth (8th) Amendment

At All times relevant to this Suit All the individual defendant's were acting under color of state law.

1. Defendant N. BurL GiN, has failed in his Position as Warden of LSP, to insure that JAMes M. LeBlanc, Cathy Fontenot, H. Hooker, were Propely trained in their duties and responsiblity of their station, by Not inforcing DOC Policy's, NO: B-05-001, Directive NO: ID.001 & Policy 347.3, violated Plaintiff's Eighth (8th) Amendment Right.

2. Defendant James M. LeBlanc, has failed in his Position as Secretary (overseer) of DOC, LSP, in that he not only failed to see to the Proper training of

3

the above mentioned defendant's, but failed to correct this injustic to Plaintiff's Constitutional rights when he straight out-disregarded the Policy's by denying Plaintiff ARP, Violated Plaintiff Eighth (8th) amendment Right, When he disregarded Policy's NO. B-05-001, Directive NO. 10,001, & Policy 347.3

3. Defendant Cathy Fontenot, failed in her capacity as AW III, over legal Program to handle Plaintiff ARP, Correctly.

4. Defendant Cathy Fontenot, also shows a deliberate indifference to Plaintiff needs to be treated fairly by "Denying" Plaintiff's ARP, Concerning. DOC, POLICY's NO. B-05-001, Directive NO. 10,001 & POLICY 347.3. Violated Plaintiff Eighth (8th) Amendment Right.

5. Defendant H. Hooker, being A Ranking Officer At LSP, did not enforce Prison Policy, NO. B-05-001, Directive NO. 10.001, Violated Plaintiff Eighth (8th) Amendment Right, by not given plaintiff Exercise out the cell.

At All time mentioned in this complaint each defendant's acted under the color of State Law

Plaintiff also demand's a Jury trial to determined the facts of this case

<u>RELIEF</u>

WHEREFORE, Plaintiff respectfully PRAYS, that this HONORABLE COURT enter Judgment granting Plaintiff:

For the Policy's regarding inmates in segregation "<u>EXERCISE</u>" Period. "<u>Sun-light</u>", "<u>Credit</u>" for time in segregation be inforce. Policy's B-05-001, Directive NO: 10.001, & Policy 347.3.

For All DEFENDANT's to PAY $10.000.00, Ten-Thousand Dollars EACH, for A TOTAL OF $40.000.00, forty-Thousand Dollars, And for this Honorable Court to be made clear that NO Retaliation be taken by defendant's Or their CO-Workers. AND

THAT Plaintiff Be transferred out of Camp-J. and return to his Prior living Quarters with his Prison Job. And what ever else this honorable court see deem fit.

Sign this 30ᵗʰ day of OCT 2008

Certify on this 21 of OCT 2008

mychal Calloy #96740
mychral Calloway #96740
Sha-h-1-R-2- Camp-J
LA. STATE PRISON
Angola, LA. 70712

**Ex-Officio Notary**
**Dept. of Public Safety & Corrections/LSP**

5

EXHIBIT - A

CASE NUMBER: LSP-2008-2039

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>CALLOWAY, MICHEAL 96740</u>                <u>CP. J SHARK 3/R</u>
                                                  Living Quarters

Response to request dated 05/30/2008, received in this office on 07/16/2008.

In your letter of complaint dated May 30, 2008, you state that you were housed in Administrative Segregation for 69 days without being reviewed by the Seven Day Board. Institutional records reflect you were reviewed by the Seven Day Board, and you were reviewed administratively on a weekly basis, until May 27, 2008. Inmates are moved when bed space becomes available as to where they are backlogged. There is not a time limit on the length of time an inmate is in administrative segregation. Records further reflect on May 30, 2008 you were tranferred to Camp J Extended Lockdown. No evidence is found to support your allegations.

Your request for Administrative Remedy is denied.

Prepared by: _____
                Melissa Butler/Lt.

Approved by: _____
                Cathy Fontenot/AWIII/mb

EXHIBIT - A

_____    _____
             Date                              Unit Head


<u>Instructions to Inmate:</u>  If you are not satisfied with this response, you may go to Step Two by checking
below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of
this decision.

( )   I am not satisfied with this response and wish to proceed to Step Two.

Reason: No where in My ARP Did I State anything About
A Seven Day Board from 3-23-08 to 5-30-08, I was
Lock down in a Cell At Main prison under DOC Policy No. 13-05-001, Director
No. 10,001, I Should have be release from the Cell After 90 days, also DOC policy 3413, I should
have gotten Around.

_____    _____
      8-23-08                         micheal Calloway 76740
             Date                         Inmate's Signature    DOC#

<u>THis is A REQUEST FOR ADMINISTRATIVE RELIEF</u>

MYCheal Calloway #96740
Camp J, CUDA 1-L-3


RE:   Being in Disciplinary Detention/Isolation Well Beyond
      the Time Period Allowed by D.D.C. Rules and Policies, and
      not given exercise or sun-light; Credited for Time in
      Segregation.

Dear Sir.

      I have been in the "dungeon"(Disciplinary Detention/Isolation
Since March 23, 2008. I have not been out of a cell for
exercise (sunlight) Since that time, which from march 23, 2008, until
may 30, 2008.    The Department of Corrections Rules and
Policies States that an inmate Cannot be confined more
than 10 Consecutive days with a 24-hour break or no
more than 20 days in a 30-day period.    After ten Consec-
tive days, the inmate must be released for a period of
time not less than 24 hours.   Please See Department Regulation
No. B of 001 Disciplinary and IDM. This rule is stated

EXHIBIT

HC
Adm. Seg. MP
Major WGarth

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Michael Calaway | 96740 | 3/23/08 | 8:30 Pm |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Kitchen | Culinary | Bear 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Agg Fighting | W11 |

10. Description of Incident (Include all relevant information - "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date I approached Capt W Smith received information from two confidential informants that inmate Michael Calaway 96740 and inmate Herbert Carey 11929 were involved in throwing hot water on each other while working in the Kitchen on 3-21-08 shortly after the supper meal. Inmate Calaway was placed in Adm Segregation Inmate Calaway was sent to RE Treatment Unit Better Warden Darrel and Warden Leachman were notified

11. Inmate Placed in Adm. Seg.    ☑ Yes    ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt Wells Smith | Willie Smith Capt Camp C Dorm |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 3/23/08 | 8:40 Pm | WS | Refused to sign WS |

18. Plea by Inmate:    ☑ Not Guilty    ☐ Guilty

19. Verdict:    ☐ Not Guilty    ☑ Guilty

| 20. Date of Hearing: 3-26-08 | 3/31/08  4/14-08 | 21. Counsel Substitute: DOC# 114568 |
|---|---|---|

522830  114568  125//
372323  372323

22. Motions:

23. Reasons for Disposition:
☑ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the inmate's.    ☐ Pled guilty/accepted guilty plea.
☑ Only defense is denying contents of report.    ☐ The inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    ☐ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☑ Seriousness of offense.    ☐ The need to protect the institution, employees, or others.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ # _____ rule violations since _____
☐ Other _____

25. Sentence:
Reduced/Change to Cust B/1 14D    Suspended ☐ _____ Days    Imposed ☑

26. Sentence:
Suspended ☐ _____ Days    Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)

EXHIBIT-D

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2008-2039

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>CALLOWAY, MICHEAL   96740</u>                              <u>LSP</u>
       Inmate Name and Number                                     Living Unit

Response to Request Dated 08/23/08, Received in this Office on 09/12/08:

Your request for an Administrative review of ARP# LSP-2008-2039 has been received.   A qualified
member of the Headquarters staff has reviewed your request in order to render a fair and impartial
response.

Your allegations have been considered and a complete comprehensive investigation was conducted.
The response provided is clear and concise, as well as has addressed your request appropriately.  As
such, this office concurs with staff and finds no further investigation warranted.

Your request for Administrative Remedy is denied.

<u>   9/25/08   </u>                                             <u>               </u>
         Date                                                     Secretary's Signature or His Designee

MYCHEAL CALLOWAY # 96740
Shark I-R-2- CAMP-J
-A. STATE PRISON
ANGOLA. LA. 70712


UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 01.34
0004233979   OCT 22 200
MAILED FROM ZIP CODE 707

SCREENED
OK
U.S. MARSHAL

CLERK OF COURT OFFICE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON R