UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MYCHEAL CALLOWAY (#96740)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-0682-FJP-DLD

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment[1] shall be denied, that the defendants' motion for summary judgment[2] shall be granted, dismissing the plaintiff's claims asserted against the defendants, and that this action be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 18, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 73.

[2] Rec. Doc. No. 72.

Doc#47173